ACCEPTED
15-25-00121-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/1/2025 8:26 AM
CHRISTOPHER A. PRINE
CLERK

**ALESHIRELAW**
A PROFESSIONAL CORPORATION

**3605 SHADY VALLEY DR.**
**AUSTIN, TEXAS 78739**

**Bill Aleshire**

Bill@AleshireLAW.com
512 750-5854 (call)     512 320-9156 (fax)

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/1/2025 8:26:16 AM
CHRISTOPHER A. PRINE
Clerk

August 1, 2025

VIA FAX:  (512) 463-1685
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

>    RE:    Notice of Filing, Motion Challenging Jurisdiction of the 15th Court of Appeals, Case No. 15-25-00121-CV, *Hays County et al v. Leslie Carnes et al.*, on Appeal from *In re Hays County* Cause, No. CAUSE NO. D-1-GN-25-002049, in the 126th Judicial District of Travis County,.

TO THE THIRD COURT OF APPEALS:

On July 17, 2025, Hays County appealed a judgment from the above-styled case (The Hon. Catherine A. Mauzy, presiding) to the 15th Court of Appeals. On July 23, 2025, Appellees in *Hays County v. Carnes* filed what is titled a "Motion to Dismiss Pursuant to TRAP 42.3(a)" challenging the jurisdiction of the appeal in the 15th Court of Appeals. Responses and Replies were filed thereafter. The Motion is pending.

It is possible the 15th Court of Appeals will consider the Motion to Dismiss (despite its title) to be a Motion to Transfer the case to the 3rd Court of Appeals. *See Cohen v. Landry's Inc.*, 442 S.W.3d 818, 823 (Tex. App.—Houston [14th Dist.] 2014, pet. denied) ("The nature of a motion is determined by its substance, not its title or caption."); *see also* Tex. R. Civ. P. 71 ("When a party has mistakenly designated any plea or pleading, the court, if justice so requires, shall treat the plea or pleading as if it had been properly designated.")

In light of the Texas Supreme Court, on July 31, 2025, giving final adoption to TRAP Rule 27a, Appellees are providing the 3rd Court of Appeals notice, pursuant to TRAP Rule 27a(c)(3)(A), of the motion pending in the 15th Court of Appeals. Please let me know if the Court needs any additional information.

Respectfully submitted,

_____

Bill Aleshire
Texas Bar No. 24031810
AleshireLAW, P.C.
3605 Shady Valley Dr.
Austin, Texas 78739
Cell:　　　　(512) 750-5854
Telephone:　(512) 320-9155
Facsimile:　(512) 320-9156
Bill@AleshireLaw.com

Save Our Springs Alliance
William G. Bunch
State Bar No. 03342520
bill@sosalliance.org
Robert "Bobby" Levinski
State Bar No. 24097993
bobby@sosalliance.org
4701 Westgate Blvd., D-401 Austin, TX
　　　78745
Tel: 512-477-2320
Fax: 512-477-6410

ATTORNEYS FOR APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties of record via e-filing on this 1st day of August, 2025.

MCGINNIS LOCHRIDGE LLP
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (telecopier)
mshaunessy@mcginnislaw.com
idavis@mcginnislaw.com
ajones@mcginnislaw.com
jpiriano@mcginnislaw.com

Lynn Saarinen, Assistant Attorney General
ATTORNEY GENERAL OF TEXAS
FINANCIAL LITIGATION SECTION, GENERAL LITIGATION DIVISION
MC-017
P. O. Box 12548
Austin, Texas 78711-2548
lynn.saarinen@oag.texas.gov
***Attorney General of Texas***

_____
Bill Aleshire

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

William Aleshire on behalf of Bill Aleshire
Bar No. 24031810
Bill@AleshireLaw.com
Envelope ID: 103854972
Filing Code Description: Other Document
Filing Description: Notice to the 3rd Court of Appeals of Jurisdiction
Motion in 15th Court of Appeals
Status as of 8/1/2025 9:11 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ian M.Davis | | idavis@mcginnislaw.com | 8/1/2025 8:26:16 AM | SENT |
| Michael  Shaunessy | | mshaunessy@mcginnislaw.com | 8/1/2025 8:26:16 AM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 8/1/2025 8:26:16 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 8/1/2025 8:26:16 AM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 8/1/2025 8:26:16 AM | SENT |
| Bill Aleshire | | bill@aleshirelaw.com | 8/1/2025 8:26:16 AM | SENT |
| Bill Bunch | | bill@sosalliance.org | 8/1/2025 8:26:16 AM | SENT |
| Bobby Levinski | | bobby@sosalliance.org | 8/1/2025 8:26:16 AM | SENT |
| William Gammon | | firm@gammonlawoffice.com | 8/1/2025 8:26:16 AM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 8/1/2025 8:26:16 AM | SENT |